**Order entered August 26, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00048-CV

### ADRIAN BOOKER AND NICOLE SMITH, Appellants

### V.

### ANISSA MAHMOUDI, Appellee

**On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 003-01795-2018**

## ORDER

Before the Court is appellee's August 24, 2020 second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **September 24, 2020**. We caution appellee that further extension requests will be disfavored.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE